*1:24cr00075 NODJ BAM*

FILED
May 16, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# 1381 P.C. REQUEST FORM

Date: 05/13/24

**To: The Office of the District Attorney**
County: FRESNO
Address: 2500 TULARE STREET
City: FRESNO
State/Zip: CA / 93721

Defendant: NEW KEE XIONG
PRINT NAME AS IT APPEARS ON WARRANT/DOCKET

Currently I am sentenced and serving more **than 90 days** at the WAYNE BROWN CORRECTIONAL FACILITY in Nevada County California, mailing address: P.O. Box 928, Nevada City, California 95959. Telephone: (530) 265-1291.

Sentenced offense(s): PC 487(a)
PRINT CRIMES(S) FOR WHICH YOU ARE CURRENTLY SERVING TIME

---

There is presently pending, a criminal matter against me, and a detainer has been placed against my person with the Nevada County Sheriff's Office for:

Charge(s): Poss. of Counterfeit Postal keys, poss. of Postal Serv. Lock, poss. of stolen mail
PRINT CHARGE(S) YOU WISH TO CLEAR

Warrant/Docket Number(s): 18 USC 1704, 18 USC 1704, 18 USC 1708
PRINT THE WARRANT/DOCKET NUMBER OF THE CHARGE(S)

Court: US Eastern District Court of CA
PRINT THE FULL AND PROPER NAME OF THE COURT HAVING JURISDICTION OF THE PENDING CHARGE(S).

**Purusant to 1381 of the California Penal Code, I am hereby requesting that you bring me to trial on the above complaint within 90 days of receiving this notice, or in the altenative, that the above charge be dismissed.**

Defendant Signature: /s/ New Xiong

---

**THE FOLLOWING WILL BE RECORDED BY THE STAFF OF THE NEVADA COUNTY SHERIFF'S OFFICE:**

Reason for commitment at The Wayne Brown Correctional Facility:
PC 487(a)

Date of Commitment: Approx 6/1/2022    Date of Pending Release: 9/5/2024
Sent (5/9/24)

Officer Signature: _____  Rank: _____

**Date and Time of Officer Signature**
REVISION DATE: JANUARY 5, 2006

RECEIVED MAY 16 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

#24000309
P.O. Box 928
Nevada City, CA 95959